UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

|  |  |  |
|---|---|---|
| MATTHEW DeHART, | ) | |
| | ) | Civil No. 18-74-HRW |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| J.C. STREEVAL, ET AL., | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

Petitioner Matthew DeHart is an inmate at the Federal Correctional Institution ("FCI")-Ashland, located in Ashland, Kentucky. Represented by counsel, DeHart has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, in which he challenges the computation of his sentence by the Bureau of Prisons ("BOP"), specifically whether he is entitled to jail credit for 439 days DeHart spent in custody in a maximum-security facility in Canada while criminal charges were pending against him in the United States District Court for the Middle District of Tennessee. [D.E. No. 1]

There are several preliminary matters to be addressed by the Court. First, currently pending before the Court is a motion filed by DeHart's counsel, Frederic

1

B. Jennings, for admission to appear *pro hac vice* in this action. [D.E. No. 3] The Court has reviewed the motion and it will be granted.

Next, although DeHart has named multiple individuals in their official capacities as respondents in this proceeding, the proper respondent is the warden of the facility where DeHart is confined. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). Therefore, the Court will dismiss Angela P. Dunbar, Hugh J. Hurwitz, Ian Connors, Thomas R. Kane, and Jefferson Sessions as respondents in this action, leaving J.C. Streeval, the Warden of FCI-Ashland, as the only respondent in this proceeding.

Finally, the Court has conducted an initial screening of DeHart's petition as required by 28 U.S.C. § 2243, and concludes that a response is required before DeHart's claims may be adjudicated.

Accordingly, **IT IS ORDERED** that:

1. The Motion for Admission *Pro Hac Vice* of Attorney Frederic B. Jennings [D.E. No. 3] is **GRANTED**.

2. Frederic B. Jennings **SHALL BE ADMITTED** to appear *pro hac vice* in this proceeding for Petitioner, Matthew DeHart.

3. Frederic B. Jennings shall be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. Angela P. Dunbar, Hugh J. Hurwitz, Ian Connors, Thomas R. Kane, and Jefferson Sessions are **DISMISSED** as Respondents in this proceeding.

5. The Clerk of the Court shall send a copy of DeHart's petition [D.E. No. 1] and this Order by certified mail to Respondent Warden J.C. Streeval, the Attorney General for the United States, and the United States Attorney for the Eastern District of Kentucky.

6. Respondent shall file a response to the petition within 60 days. The response shall be in the form of a memorandum addressing the factual allegations and legal claims contained in the petition; a formal motion to dismiss or for summary judgment is not necessary or appropriate for these proceedings. Respondent shall also include any documentary evidence relevant to either Petitioner's claims or Respondent's response thereto as attachments.

7. DeHart may file a reply in further support of his petition within 30 days after the Respondent files his response. The petition will stand submitted for further review and decision at that time.

This 17th day of July, 2018.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge