18-74

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) JUL 23 2018  C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>10Th Street and Constitution Ave. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>B. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

Article Number (Transfer from service label): 7012 3050 0000 8078 5514

3811, February 2004   Domestic Return Receipt   102595

---

UNITED STATES POSTAL SERVICE
23 JUL '18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK, U.S. DISTRICT COURT
1405 GREENUP AVE, STE 336
ASHLAND, KY 41101